**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEIRON PHILLIPS,

                        Plaintiff,

          v.

THE ACADEMY CHARTER SCHOOL,
BOARD OF DIRECTORS OF THE ACADEMY
CHARTER SCHOOL, SANDRA O'NEIL AND
WAYNE HAUGHTON,

                        Defendants.

-------------------------------------------------------------X

Case No. 2:20-cv-04738 (BMC)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, KEIRON PHILLIPS, and Defendants, THE ACADEMY CHARTER SCHOOL, BOARD OF DIRECTORS OF THE ACADEMY CHARTER SCHOOL, SANDREA ONEIL, improperly sued herein as SANDRA O'NEIL, and WAYNE HAUGHTON, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party. For purposes of this Stipulation, a facsimile or scanned copy of signatures shall be effective as the original.

| | |
|---|---|
| THE CHANDLER LAW FIRM PLLC<br>*ATTORNEYS FOR PLAINTIFF*<br>70 E. Sunrise Highway, Suite 500<br>Valley Stream NY 11581<br>(516) 280-8713<br><br>By: _____<br>     Monte Chandler, Esq.<br><br>Dated: 3-16-21 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Road, Suite 250<br>Melville, NY 11747<br>(631) 247-0404<br><br>By: _____<br>     Adam Guttell, Esq.<br><br>Dated: 4/26/21 |

16